ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 21 2006

at 4 o'clock and 30 min P M
SUE BEITIA, CLERK

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  4532
Chief, Major Crimes Section
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
email: ron.johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00027 |
| | ) | |
| Plaintiff, | ) | RECALL OF BENCH WARRANT |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT A. ALAPAI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

RECALL OF BENCH WARRANT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby moves this court to recall the bench warrant against ROBERT A. ALAPAI based upon the age of the case.

The United States Marshal Service has attempted to locate and serve the defendant and after best efforts have been unable to do so.  The United States respectfully requests that no

further action be taken in the instant case, the conviction to remain and the outstanding bench warrant to be recalled.

The defendant is not in custody on the dismissed charge listed above.

DATED: Honolulu, Hawaii, July 20, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By  /s/ Ronald G. Johnson
RONALD G. JOHNSON
Chief, Major Crimes Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Leave of Court is granted for the filing of the foregoing recall of Bench warrant.

_____          JUL 2 1 2006
UNITED STATES MAGISTRATE JUDGE         DATED

USA v. Robert A. Alapai
CR. NO. 04-00027
"Recall of Bench Warrant"